UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**TERESA JEAN BEAL**,

    Plaintiff,

    v.

**CAROLYN W. COLVIN**,
Acting Commissioner of Social Security

    Defendant.

Case No. 14-cv-04437-YGR

**JUDGMENT**

The issues in this action having been duly considered, and the Court having granted in part plaintiff's motion for summary judgment and denied in part defendant's cross motion for summary judgment, judgment is hereby entered in favor of plaintiff. Pursuant to 42 U.S.C. § 405(g), the Court hereby **REVERSES** the decision of defendant Acting Commissioner of Social Security to deny plaintiff's application for Social Security Disability Insurance benefits.

This case is hereby **REMANDED** to the Social Security Administration for further administrative proceedings in conformity with this Court's Order.

**IT IS SO ORDERED.**

Dated: March 29, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**